**Order entered September 10, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00628-CR

**JULIUS TIMOTHY DAWSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-51677-M**

## ORDER

The reporter's record, requested on June 12, 2019, was due July 16, 2019. When it was not filed, we notified court reporter Belinda Baraka by postcard dated July 18, 2019 and directed her to file the reporter's record by August 17, 2019. To date, the record has not been filed and we have had no communication from Ms. Baraka.

We **ORDER** the complete reporter's record filed **BY SEPTEMBER 30, 2019**. We caution Ms. Baraka that the failure to file the reporter's record by that date will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; and to counsel for all parties.


/s/    ROBERT D. BURNS, III
CHIEF JUSTICE